446 A.2d 680

Commonwealth v. Mace, Appellant.

Petition for Allowance of Appeal Denied Aug. 13, 1982.

Argued June 24, 1981. Samuel K. Gates, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

Judgment of sentence affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.

446 A.2d 681

Commonwealth v. Melendez, etc., Appellant.

Submitted March 21, 1980. Robert L. Moore, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and CAVANAUGH and WATKINS, JJ.

The judgment of sentence of the lower court is affirmed.